UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPTIMA HEALTHCARE, INC.,

Plaintiff,

v.

Case Number 25-13494
Honorable David M. Lawson

ASCION, LLC d/b/a REVERIE,

Defendant.
_______________________________________/

**JUDGMENT**

In accordance with the opinion issued on July 23, 2026, and the order for entry of judgment entered on this date,

It is **ORDERED AND ADJUDGED** that the defendant shall recover from the plaintiff in the amount of $48,590,006.67, consisting of all damages, interest, and other amounts owing on the Final Award rendered by the arbitrator through July 31, 2026. Post-judgment interest shall accrue from that date according to law.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: July 30, 2026